**CHRISTENSEN JAMES & MARTIN**
DARYL E. MARTIN (6735)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Facsimile: (702) 255-0871
dem@cjmlv.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| PAINTERS AND FLOORCOVERERS JOINT COMMITTEE, *et al.*, <br><br>Plaintiffs, <br>vs. <br><br>MICHAEL R. BELLO, *et al.*, <br><br>Defendants | CASE NO.: 2:13-cv-00146-APG-CWH <br><br>**STIPULATION AND ORDER DISMISSING PLAINTIFFS' CLAIMS AGAINST STEVE HUNTINGTON** |

Plaintiffs, by and through their attorneys, Christensen James & Martin, and Defendant Steve Huntington ("Huntington") acting through his attorneys, Green Infuso, LLP, do hereby stipulate, agree and request the Court's Order dismissing any and all claims asserted by Plaintiffs

/ / /

/ / /

/ / /

and Huntington against each other in this Case.  This Stipulation shall in no way affect other claims asserted in this case.  The parties to this Stipulation agree that each shall bear their own attorney's fees incurred.

DATED this 23rd day of June, 2015.

| CHRISTENSEN JAMES & MARTIN | GREEN INFUSO, LLP |
|---|---|
| By: /s/ Daryl E. Martin<br>Daryl E. Martin, Esq.<br>Nevada Bar No. 6375<br>7440 W. Sahara Avenue<br>Las Vegas, Nevada 89117<br>Telephone: (702) 255-1718<br>Facsimile: (702) 255-0871<br>Email: dem@cjmlv.com<br>*Attorneys for Plaintiffs* | By: /s/ Zachary Takos<br>Zachary Takos, Esq.<br>Nevada Bar No. 11293<br>3030 South Jones Boulevard, Suite 101<br>Las Vegas, Nevada 89146<br>Telephone: (702) 570-6000<br>Facsimile: (702) 463-8401<br>Email: ztakos@greeneinfusolaw.com<br>*Attorneys for Defendant Steve Huntington* |

**ORDER**

IT IS SO ORDERED.

Dated:  June 24, 2015.

_____
UNITED STATES DISTRICT JUDGE

-2-