**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

PAINTERS AND FLOORCOVERERS JOINT COMMITTEE, *et al.*,

Plaintiffs,

v.

MICHAEL R. BELLO, *et al.*,

Defendants.

Case No. 2:13-cv-00146-APG-CWH

**ORDER**

IT IS ORDERED that the parties shall file a status report on or before August 14, 2015. At a minimum, that report must explain which parties remain active in this case, what discovery remains to be completed, when discovery closes, and when the parties will filed their Joint Pretrial Order.

DATED this 3rd day of August, 2015.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE