# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PAINTERS AND FLOORCOVERERS JOINT COMMITTEE, *et al.*, | Case No. 2:13-cv-00146-APG-CWH |
| Plaintiffs, | **ORDER** |
| vs. | |
| MICHAEL R. BELLO, *et al.*, | |
| Defendants. | |

This matter is before the Court on Plaintiffs' unopposed Motion to Reopen Discovery (doc. # 119), filed August 14, 2015.

Plaintiffs asks the Court to reopen discovery for ninety (90) days for the limited purpose of obtaining information regarding the occurrence of "covered work." Plaintiffs also ask to be allowed to file a supplement to their existing motion for summary judgment on the record.

Pursuant to Local Rule 7-2(d), "[t]he failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion." Because no opposition has been filed on the record, and Plaintiffs provide good cause for their request, the instant motion is granted.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiffs' unopposed Motion to Reopen Discovery (doc. # 119) is **granted**. Plaintiffs shall have ninety (90) days, or **until December 10, 2015**, to complete discovery in this case. Plaintiffs shall also file their supplement to the motion for summary judgment **no later than January 11, 2016**.

Dated: September 11, 2015

_____
**C.W. Hoffman, Jr.
United States Magistrate Judge**