UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PAINTERS AND FLOORCOVERERS JOINT COMMITTEE, *et al.*, | Case No. 2:13-cv-00146-APG-CWH |
| Plaintiffs, | **ORDER TO SHOW CAUSE** |
| v. | |
| MICHAEL R. BELLO, *et al.*, | |
| Defendants. | |

    I have reviewed defendant Michael R. Bello's response (Dkt. #122) to my August 26, 2015 Order to Show Cause (Dkt. #120). No sanctions are needed or justified at this point. However, should Mr. Bello fail to participate in this case going forward, or fail to comply with the applicable rules and court orders, sanctions may be warranted.

    DATED this 22nd day of October, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE